

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

David Hilton and Cindy Hilton,   * From the 350th District Court
of Taylor County,
Trial Court No. 12750-D.

Vs. No. 11-22-00262-CV   * January 12, 2023

5J Oilfield Services, LLC,   * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered 5J Oilfield Services, LLC's unopposed motion to dismiss its cross-appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the cross-appeal is dismissed. The costs incurred by reason of the cross-appeal are taxed against 5J Oilfield Services, LLC.